UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
IN ADMIRALTY

IN THE MATTER OF:                                            CASE NO. 3:08-cv-612-J-HTS

IN RE: CHAD ATKINSON, as owner of
a 1997 Twenty-foot Correct Craft,
HIN No. CTC742630797, Florida
Registration No. FL 7351 JD, in a
cause of action for exoneration
from or limitation of liability,

      Petitioner.

_____

**O R D E R**

This cause is before the Court on Petitioner's Motion to Close Period for Filing of Claims and Default All Non-Appearing Potential Claimants (Doc. #20; Motion).  No opposition thereto has been filed.  Upon consideration it is hereby

**ORDERED**:

The Motion (Doc. #20) is **GRANTED** and any individuals or entities that have not filed a claim in this action are barred, pursuant to 46 U.S.C. § 30509, et seq., and Supplemental Rule F of the Federal Rules of Civil Procedure, "from asserting claims in the future against the Petitioner as a result of the matters which are the subject of this limitation."  Motion at 1.

**DONE AND ORDERED** at Jacksonville, Florida, this 1st day of October, 2008.

                                                              /s/      Howard T. Snyder
                                                              HOWARD T. SNYDER
                                                              UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of record
      and pro se parties, if any